■ In the Matter of HARRY PASIALIS, Deceased. PAUL ANAYANNIS; PUBLIC ADMINISTRATOR et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for

the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.